GO11-10(b)) / MB    /195

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN AND WESTERN DISTRICTS OF ARKANSAS

IN RE:    Pamela Denise Harris                                                  CASE NO:    4:04-bk-21853 T
                                                                                                          Chapter 13

CHAPTER 13 ORDER DISMISSING CASE
FOR VIOLATING STRICT COMPLIANCE ORDER

COMES NOW THE COURT and finds that an order was entered in the above styled case on 09/30/2009 requiring the Debtor to make specific payments to the Trustee.  The order further provided that the case was to be dismissed if the payments were not submitted as required.  The court finds that the payments have not been submitted as required and, therefore, the case should be, and hereby is, dismissed for failure of the Debtor to comply with the court's order of 09/30/2009.

IT IS SO ORDERED.


Date: 02/02/2010                                                        /s/   Richard D. Taylor
                                                                                       Richard D. Taylor
                                                                                       U.S. Bankruptcy Judge


cc:   Mark T. McCarty, Trustee

      Dickerson Law Firm
      P O Box 6400
      Hot Springs, AR  71902-6400

      Pamela Denise Harris
      7404 Grace Dr
      Little Rock, AR  72209

      All Creditors