GO11-3(a)/RC    / 18

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN AND WESTERN DISTRICTS OF ARKANSAS

IN RE   Pamela Denise Harris                                    CASE NO:     4:04-bk-21853 T

                                                                                          Chapter 13

### CHAPTER 13 ORDER WITHDRAWING
### TRUSTEE'S MOTION TO DISMISS

The court, for cause shown, grants the Trustee's request to withdraw the Motion to Dimiss filed on 01/04/2010 and cancels the hearing set for 02/10/2010 at 9:00 am.

IT IS SO ORDERED.

Dated:  02/11/2010                                        /s/ Richard D. Taylor
                                                          U.S. BANKRUPTCY JUDGE


cc:   Pamela Denise Harris
      7404 Grace Dr
      Little Rock, AR  72209

      Dickerson Law Firm
      P O Box 6400
      Hot Springs, AR  71902-6400

      Mark T. McCarty, Chapter 13 Trustee
      P.O. Box 5006
      North Little Rock, AR  72119-5006